# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5291**                    **September Term, 2024**

**1:21-cv-02781-TNM**

**Filed On:** May 7, 2025

Dominique Collier, Captain,

     Appellant

    v.

Gary A. Ashworth, Honorable, Acting
Secretary of the Air Force,

     Appellee

    **BEFORE:**    Srinivasan, Chief Judge; and Henderson and Childs, Circuit Judges

# JUDGMENT IS UNDER SEAL AND NOT AVAILABLE TO THE PUBLIC